# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-3556

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Eastern District of Arkansas |
| Herman Zack Sapp, | * | |
| | * | [UNPUBLISHED] |
| Appellant. | * | |

_____

Submitted:    April 6, 2001

Filed:    April 11, 2001

_____

Before McMILLIAN, RICHARD S. ARNOLD, and BEAM, Circuit Judges.

_____

PER CURIAM.

Herman Zack Sapp appeals from the final judgment entered in the District Court[1] for the Eastern District of Arkansas after he pleaded guilty to threatening to murder a federal judge, in violation of 18 U.S.C. § 115(a)(1)(B). The district court sentenced appellant to sixteen months imprisonment and three years supervised release. On appeal, his counsel has filed a brief and moved to withdraw pursuant to Anders v. California, 386 U.S. 738 (1967), and appellant has not filed a pro se supplemental brief.

_____

[1]The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas.

Having reviewed the record independently pursuant to <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we affirm the judgment of the district court, and we grant counsel's motion to withdraw.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.